# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTONIO BREAKMAN, | ) | 3:10-cv-487-RCJ (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 9, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:  <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for a Court Order Directing NDOC to Produce Him Physically for Mediation Conference (Doc. #13).

The court has held many mediations and settlement conferences by video conference at all of the prisons throughout the northern part of the state. Confidentiality and privacy has never been an issue as the court requests all prison officials to leave the room when the inmate and the mediator are meeting privately.

Plaintiff's Motion for a Court Order Directing NDOC to Produce Him Physically for Mediation Conference (Doc. #13) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>   /s/                             </u>
     Deputy Clerk