CATHERINE CORTEZ MASTO
Attorney General
TIMOTHY F. ANDREWS
Senior Deputy Attorney General
Nevada State Bar No. 8759
Office of the Attorney General
Public Safety Division
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada  89101
P: (702) 486-3420
F: (702) 486-3773
tandrews@ag.nv.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO BREAKMAN., | ) |
| Plaintiff, | ) CASE NO. 3:10-cv-00487-RCJ-WGC |
| vs. | ) |
| TOM STUBBS, | ) |
| Defendant. | ) |

### Application and Order to Produce Inmate for Trial

Defendant Tom Stubbs, by and through legal counsel, Catherine Cortez Masto, Attorney General, and Timothy Andrews, Senior Deputy Attorney General, hereby applies for an order directing the Nevada Department of Corrections ("NDOC") to produce inmate Antonio Breakman (#83500), plaintiff *pro se*, for his attendance at trial in the United States District Courthouse in Reno from March 26, 2012 at 8:00 a.m. through March 29, 2012 5:00 p.m., or until the completion of trial, whichever is later.

On January 24, 2012, the court issued a minute order directing that plaintiff pro se, NDOC inmate Antonio Breakman, be produced for trial at 8:00 a.m. on March 26, 2012; but the order does not specifically require Mr. Breakman's attendance for the days that follow. Inmate transportation is governed by the Nevada Revised Statutes and NDOC Administrative Regulations. See NRS 209.274 ("when an offender is required or requested to appear before

a court in this state, the Department shall transport the offender to and from court on the day scheduled for his or her appearance"); AR 740.02 ("transportation activities should be limited to those which are minimally required to conform to law").

In an effort for the NDOC transportation authority to be fully compliant with the applicable law and regulations, Defendant respectfully applies for an order from this court directing the Nevada Department of Corrections to:

(1)  produce inmate Antonio Breakman, #83500, at the Bruce R. Thompson Federal Building & U.S. Courthouse, 400 S. Virginia St., Reno, NV 89501 at 8:00 a.m. on March 26, 2012, and at 8:00 a.m. on each and every day that follows until 5:00 p.m. on March 29, 2012, or until trial in the above-captioned matter is completed, whichever is later; and,

(2)  make other necessary arrangements to ensure inmate Antonio Breakman, #83500, remains physically present at the Bruce R. Thompson Federal Building & U.S. Courthouse, 400 S. Virginia St., Reno, NV 89501 from 8:00 a.m. through 5:00 p.m. for the duration of the trial.

DATED this 1st day of February, 2012,

Submitted by:

CATHERINE CORTEZ MASTO
Attorney General

By:   /s/ Timothy F. Andrews
     TIMOTHY F. ANDREWS
     Senior Deputy Attorney General
     Nevada Office of the Attorney General

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: February 8, 2012.