# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO M. BREAKMAN, ) | 3:10-cv-00487-WGC |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| TOM STUBBS, ) | |
| Defendant. ) | |

Before the court is Plaintiff's Motion Requesting Court Ordered Subpoenas. (Doc. # 56.)

Plaintiff requests that the court issue four trial subpoenas to inmate witnesses, Jermaine Collins (Inmate Number 77465), David Levoyd Reed (Inmate Number 79594), James Biggs (Inmate Number 1027768), and Corde Hill (Inmate Number 90891). (Doc. # 56.)

This motion was discussed during the April 9, 2012 Pretrial Conference. (*See* Doc. # 60.) Good cause appearing, the court **GRANTS** Plaintiff's motion (Doc. # 56). The **Clerk** shall **ISSUE** subpoenas to the four individuals identified above. Plaintiff has represented their locations as follows: Jermaine Collins, Inmate Number 77465, High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89070; David Levoyd Reed, Inmate Number 79594, High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89070; James Biggs, Inmate Number 1027768, Ely State Prison, 4569 North State Rt., Ely, Nevada 89301; Corde Hill, Inmate Number 90891, High Desert State Prison, 22010 Cold Creek Road, Indian Springs, Nevada 89070.

The Attorney General's Office shall make arrangements with the Nevada Department of Corrections to have the four witnesses identified above appear via video conference, or if

unavailable, via telephone, for purposes of testifying at the trial of this action. The Attorney General's Office shall, at least *two days prior to trial*, provide the Deputy Clerk of Court with the information necessary to effect the conference call or video conference.

In addition, the Attorney General's Office shall make arrangements with the Nevada Department of Corrections for the Plaintiff to appear in person at the trial of this matter on May 21, 2012.

**IT IS SO ORDERED**.

DATED: April 9, 2012

WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

2