AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

```
☐ FILED      ☐ RECEIVED
☐ ENTERED    ☐ SERVED ON
             COUNSEL/PARTIES OF RECORD

       MAY 24 2012

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY: _____ DEPUTY
```

| | |
|---|---|
| ANTONIO M. BREAKMAN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:10-CV-00487-WGC |
| TOM STUBBS | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   judgment be entered for Defendant, Tom Stubbs, and against Plaintiff, Antonio Breakman.

This action was *(check one)*:

☑ tried by a jury with Judge   William G. Cobb   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: MAY 24, 2012

CLERK OF COURT

*/s/ Katie Lynn Ogden*
*Signature of Clerk or Deputy Clerk*