AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ANTONIO M. BREAKMAN<br>*Plaintiff*<br>v.<br>TOM STUBBS<br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:10-CV-00487-WGC<br>)<br>) |

FILED ___   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY 24 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   judgment be entered for Defendant, Tom Stubbs, and against Plaintiff, Antonio Breakman.

This action was *(check one)*:

☑ tried by a jury with Judge   William G. Cobb   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  MAY 24, 2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*